DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH MICHAELS,**
Appellant,

v.

**HOPE RACHEL MICHAELS,**
Appellee.

No. 4D21-2589

[May 26, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 50-2009-DR-014898-XXXX-MB.

Ron Renzy of Wallberg & Renzy, P.A., Coral Springs, and Scott J. Kalish and Dara A. Jaggers of The Law Offices of Scott J. Kalish, Boca Raton, for appellant.

Shannon McLin and Erin Pogue Newell of Florida Appeals, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***